UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

_____
                                        )
MOHAMED OMARA,                          )
                                        )
        Plaintiff,                      )
v.                                      )   Civil Action No. 1:12-cv-11037-WGY
                                        )
HSBC MORTGAGE SERVICES INC.,            )
                                        )
        Defendant.                      )
_____)

HSBC MORTGAGE SERVICES INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant HSBC Mortgage Services Inc. files this corporate disclosure statement and states: HSBC Mortgage Services Inc. is a wholly-owned subsidiary of HSBC Finance Corporation which is an indirect wholly-owned subsidiary of HSBC Holdings plc. HSBC Holdings plc is incorporated in England with its headquarters located in London. HSBC Holdings plc shares are traded in the United States on the New York Stock Exchange in the form of American Depository Shares. Additionally, preferred shares and debt securities of HSBC Finance Corporation are also publically traded in the United States.

                                        Defendant,
                                        HSBC Mortgage Services Inc.
                                        by its attorneys,

                                        */s/ Sean R. Higgins*
                                        Sean R. Higgins (BBO# 659105)
                                        sean.higgins@nelsonmullins.com
                                        Nelson Mullins Riley & Scarborough LLP
                                        One Post Office Square, 30th Floor
                                        Boston, MA 02109
                                        p.  (617) 573-4700
                                        f.  (617) 573-4710

Dated: July 25, 2012

1

## CERTIFICATE OF SERVICE

I, Sean R. Higgins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 25, 2012            */s/ Sean R. Higgins*